UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JODA, LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV1197 CDP |
| | ) | |
| ACE NC SYSTEMS, LLC, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

# **ORDER**

In this breach-of-contract dispute, plaintiff Joda LLC alleges that defendants defaulted on loan repayments they promised to make after Joda loaned them money to purchase helicopters. Joda moved for summary judgment on its complaint on August 2, 2010, and defendants later moved to extend the time to file their response in opposition, indicating that the parties were coming close to settling their disputes. I granted defendants' motion and extended the time for them to respond to September 23, 2010. That date has come and gone, however, and there has been no further activity in this case. I need to know whether the parties really have settled their disputes, or whether defendants intend to oppose Joda's motion for summary judgment.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Wednesday, October 6, 2010**, the parties are to file a status update indicating the progress of their settlement negotiations.

**IT IS FURTHER ORDERED** that, if the parties have not settled their disputes, defendants must show cause by that same date explaining why I should not grant plaintiff's motion for summary judgment.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of September, 2010.